O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>　　　　　　Plaintiff,<br>　　v.<br>KONICA MINOLTA HOLDINGS INC. et al.<br><br>　　　　　　Defendants. | Case No. 8:12-cv-1694-ODW(MRWx)<br><br>**NOTICE OF INTENT TO CONSOLIDATE DISCOVERY** |

　　　　The parties are hereby notified that the Court intends to consolidate all of the *Digitech* matters pending before this Court for discovery purposes only.  Accordingly, the parties shall be prepared at the April 1, 2013 scheduling conference to propose and discuss case management options to streamline discovery, including *Markman*.  All parties shall additionally be prepared to discuss (1) the various retailer Defendants' pending motions to stay and (2) any anticipated motions to transfer venue.  To facilitate this discussion, the parties are urged to collaborate in preparation for the scheduling conference.

/ / /

/ / /

/ / /

Finally, due to space limitations, the Court orders that only the single lead trial counsel in this matter appear for the scheduling conference.

**IT IS SO ORDERED.**

January 31, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**